OPINION — AG — ** WILDLIFE — HUNTING — HEADLIGHTING ** 29 O.S. 5-203 [29-5-203](B) PROHIBITS THE TAKING, KILLING, OR CAPTURING OF RABBITS BY HEADLIGHTING AS DEFINED IN 29 O.S. 2-117 [29-2-117] (GAME AND FISH, CRIMES, VEHICLE, LIGHT, FLOODLIGHTS, ANIMALS) CITE: 21 O.S. 2-149 [21-2-149] 29 O.S. 2-117 [29-2-117], 29 O.S. 2-127 [29-2-127], 29 O.S. 5-203 [29-5-203](B) (JERRY BLACKBURN)